**Filed**

JUN 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | No. C 11-02739 EJD (PR)<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION<br><br><br>(Docket No. 67) |

Plaintiff, a California inmate at the Salinas Valley State Prison ("SVSP") in Soledad, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983. The Court issued an Order to Show Cause. (See Docket No. 6.) Defendants filed a motion to dismiss. (See Docket No. 57.) Plaintiff has filed a request for an extension of time to file a response. (See Docket No. 67.) Good cause having been shown, Plaintiff's request is GRANTED. Plaintiff shall file an opposition to Defendants' motion to dismiss no later than **July 19, 2012.**

This order terminates Docket No. 67.

DATED: 6/18/12

EDWARD J. DAVILA
United States District Judge

Order Dismissing Defs. Jardini and Nguyen; Reissue of Summons
G:\PRO-SE\SJ.EJD\CR.11\02739Young_EOT_Opp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG et al,

    Plaintiff,

v.

ANTHONY HEDGPETH et al,

    Defendant.

Case Number: CV11-02739 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Gerome Young C-53235
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1050

Dated: June 19, 2012

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk