**Filed**

JUN 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,

vs.

ANTHONY HEDGPETH, et al.,

    Defendants.

No. C 11-02739 EJD (PR)

ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION

(Docket No. 67)

Plaintiff, a California inmate at the Salinas Valley State Prison ("SVSP") in Soledad, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983. The Court issued an Order to Show Cause. (See Docket No. 6.) Defendants filed a motion to dismiss. (See Docket No. 57.) Plaintiff has filed a request for an extension of time to file a response. (See Docket No. 67.) Good cause having been shown, Plaintiff's request is GRANTED. Plaintiff shall file an opposition to Defendants' motion to dismiss no later than **July 19, 2012.**

This order terminates Docket No. 67.

DATED: 6/18/12

EDWARD J. DAVILA
United States District Judge

Order Dismissing Defs. Jardini and Nguyen; Reissue of Summons
G:\PRO-SE\SJ.EJD\CR.11\02739Young_EOT_Opp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG et al,

    Plaintiff,

v.

ANTHONY HEDGPETH et al,

    Defendant.

Case Number: CV11-02739 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Gerome Young C-53235
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1050

Dated: June 19, 2012

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk