FILED

DEC 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,                    )    No. C 11-02739 EJD (PR)
                                       )
              Plaintiff,               )    ORDER DISMISSING DEFENDANT
                                       )    MUHAMMAD; DENYING MOTION
   vs.                                 )    FOR APPOINTMENT OF COUNSEL
                                       )
                                       )
ANTHONY HEDGPETH, et al.,              )
                                       )
              Defendants.              )
                                       )
_____       )

    Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint
pursuant to 42 U.S.C. § 1983.  The Court ordered service of Plaintiff's complaint.  (Doc.
No. 6.)  Summonses for Defendant Muhammad have been unexecuted.  Plaintiff was
directed to provide the Court with current, locate information for Defendant Muhammad.
(Doc. Nos. 55, 83.)  Plaintiff has notified the Court that he has no additional information
to provide as to the whereabouts of Dr. Rodney Muhammad. (Doc. No. 86).
Accordingly, Defendant Muhammad has not been served.

    Although a plaintiff who is incarcerated and proceeding *in forma pauperis* may
rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to
effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon
the appropriate defendant and attempt to remedy any apparent defects of which [he] has

1  knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, Plaintiff's

2  complaint has been pending for over 120 days, and thus, absent a showing of "good

3  cause," his claims against Defendant Muhammad are subject to dismissal without

4  prejudice.  *See* Fed. R. Civ. P. 4(m).  Plaintiff was directed to provide the Court with

5  current, locate information for Defendant Muhammad where he could be served by the

6  Marshal.  Plaintiff is unable to provide sufficient to effectuate service. Accordingly, the

7  claims against Defendant Muhammad are **DISMISSED** without prejudice pursuant to

8  Rule 4(m). **The Clerk shall terminate Defendant Muhammad from this action.**

9        Plaintiff also request appointment of counsel.  (Doc. No. 86.)  Plaintiff's motion

10  for appointment of counsel is **DENIED** without prejudice for lack of exceptional

11  circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *Terrell v.*

12  *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328,

13  1331 (9th Cir. 1986).

14        IT IS SO ORDERED.

15  DATED: _____12/21/12_____

16                                        EDWARD J. DAVILA
                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Order Dismissing Defs. Jardini and Nguyen; Reissue of Summons
G:\PRO-SE\SJ.EJD\1 Adam to Review\02739 Young_4mDism-DenyAtty.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DANNY GEROME YOUNG et al,                    Case Number: CV11-02739 EJD

          Plaintiff,               **CERTIFICATE OF SERVICE**

   v.

ANTHONY HEDGPETH et al,

          Defendant.
_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Danny Gerome Young C-53235
California State Prison
Los Angeles County
P. O. Box 44750
Lancaster, CA 93539

Dated: December 27, 2012

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk